UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOMANT ODOM,

        Plaintiff,

  -versus-

A ROYAL FLUSH INC., et al.,

        Defendants.

19 Civ. 9217 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Upon the parties' settlement of the case through mediation, the Clerk of the Court shall mark this action closed, subject to reopening within thirty days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated: May 13, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.